| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N. J. LBR 9004-2 (c)** | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Attorney for Chapter 7 Trustee, Eric R. Perkins<br>Attorney Appearing: J. ALEX KRESS, ESQ.<br>Email: akress@becker.legal | Order Filed on May 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>CLOTHES FOR KIDS SAKE, INC.,<br><br>                                       Debtor. | Case No. 19-29826 (RG)<br><br>Chapter 7<br><br>**Judge:**    Hon. Rosemary Gambardella<br><br>**Hearing Date:**    May 12, 2020<br>                              at 10:00 a.m. |

**ORDER PURSUANT TO 11 *U.S.C.* § 542 DIRECTING TURNOVER OF FUNDS HELD BY INVESTORS BANK TO CHAPTER 7 TRUSTEE AND GRANTING OTHER RELATED RELIEF**

The relief set forth in paragraphs 1 through 6, on the following pages, numbered

two (2) through three (3), is hereby **ORDERED.**

**DATED: May 13, 2020**

*[Signature]*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Debtor:**          **Clothes for Kids Sake, Inc.**

**Case No.:**        **19-29826 (RG)**

**Caption of Order:** *Order Pursuant to 11 U.S.C. § 542 Approving Turnover of Funds Held by Investors Bank to Chapter 7 Trustee and Granting Order Related Relief*

_____

**THIS MATTER** having been brought before the Court upon the motion (the "Turnover Motion") of Eric R. Perkins, Chapter 7 Trustee (the "Trustee") for the debtor in the above-captioned case, Clothes for Kids Sake, Inc. ("Debtor"), by and through his counsel, Becker LLC, for an Order, pursuant to 11 U.S.C. § 542, directing Investors Bank to turnover to the Trustee the proceeds of a bank account in the name of the Debtor ending in account number 9811 (the "Investors Account") and to provide an accounting of all activity in the Investors Account since the petition date, October 21, 2019 (the "Petition Date")*;* and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 *U.S.C.* §§ 157 and 1334; and notice of the Motion having been given; and the Court having considered the papers and arguments in support of this Motion, and those in opposition, if any; and for good cause shown,

**IT IS** hereby **ORDERED** as follows:

1. The Turnover Motion be, and hereby is, **GRANTED**.

2. Investors Bank be, and hereby is, **AUTHORIZED** and **DIRECTED** to turn over to the Trustee the funds in the Investors Account in the amount of Eighteen Thousand Ninety Dollars and Forty-One Cents ($18,090.41), by bank check or wire transfer within ten (10) days of the entry of this Order.

**Debtor:**          **Clothes for Kids Sake, Inc.**

**Case No.:**        **19-29826 (RG)**

**Caption of Order:** *Order Pursuant to 11 U.S.C. § 542 Approving Turnover of Funds Held by Investors Bank to Chapter 7 Trustee and Granting Order Related Relief*

_____

3. Investors Bank be, and hereby is, **AUTHORIZED** and **DIRECTED** to provide to the Trustee an accounting of all transactions with respect to the Investors Account from the Petition Date to the turnover of the funds in the Investors Account pursuant to Paragraph 2 of this Order within thirty (30) days from the entry of this Order.

4. If Investors Bank fails to comply with terms of this Order, the Trustee may make any appropriate application to this Court to remedy such failure, including to seek attorneys' fees and costs.

5. Nothing in this Order shall preclude the Trustee from any other relief to which he is entitled, including taking the deposition of Investors Bank by way of Rule 2004 examination and challenging any claim which Investors Bank may file against the Debtor's bankruptcy estate or taking any other action against Investors Bank with respect to the Investors Account, any liens or claims asserted by Investors Bank or otherwise.

6. This Court retains jurisdiction over any and all disputes relating to this matter.

United States Bankruptcy Court
District of New Jersey

In re:  
Clothes for Kids Sake, Inc.  
    Debtor

Case No. 19-29826-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 14, 2020  
                              Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.  
db          +Clothes for Kids Sake, Inc.,    1719 Route 10 East,    Suite 102,    Parsippany, NJ 07054-4519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:

          Allen J. Underwood, II    on behalf of Trustee Eric Raymond Perkins ajunderwood@beckermeisel.com, ajunderwood@ecf.courtdrive.com;mambrose@becker.legal  
          Donald A. Nogowski    on behalf of Creditor    Blue Bucket Group, LLC dnogowski@earpcohn.com, vbromley@earpcohn.com;blindenberg@earpcohn.com  
          Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
          Eric Raymond Perkins     eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
          John M. August    on behalf of Creditor    Valley National Bank jaugust@saiber.com, cmiller@saiber.com  
          Kenneth A. Rosen    on behalf of Debtor    Clothes for Kids Sake, Inc. krosen@lowenstein.com, dclaussen@lowenstein.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                        TOTAL: 7